Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Johnson Controls, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, | Case No.:  2:22-cv-01693-RFB-VCF |
| | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Plaintiffs, | **(FIRST REQUEST)** |
| vs. | |
| JOHNSON CONTROLS, INC., a Wisconsin corporation, | |
| Defendant. | |

Pursuant to LR 6-1 and LR 6-2, Defendant Johnson Controls, Inc. ("Defendant") and Plaintiffs Board of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to Answer or

Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

Defendant just recently retained Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as their counsel for this matter.  The instant extension is made in good faith and is requested to provide Defendant time in which to prepare an answer or otherwise respond to the Complaint.

The Parties stipulate and agree to a thirty (30) day extension of time from Wednesday, November 16, 2022, up through and including **Friday, December 16, 2022**, for Defendant to respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the Parties waive any rights they have under statute, law, or rule with respect to Plaintiffs' Complaint.

IT IS SO STIPULATED.

DATED this 17th day of November, 2022.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12872
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway
Suite 1600
Las Vegas, NV  89106

*Attorneys for Plaintiffs*

DATED this 17th day of November, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Anthony L. Martin
Nevada Bar No. 8177
Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant*

IT SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE
11-17-2022
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800